```
1  JOSE R. BENAVIDES (SBN 105421)
   1601 F STREET
2  BAKERSFIELD, CA 93301
   (661) 325-5673
3

4  Attorney for Plaintiff
   Bruna Quiñonez
5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNA QUIÑONEZ,            )<br>                            )<br>        Plaintiff,          )<br>                            )<br>    v.                      )<br>                            )<br>                            )<br>UNITED STATES OF AMERICA,   )<br>et al.,                     )<br>                            )<br>                            )<br>        Defendants.         )<br>_____) | Old Case No. 1:06cv0640 AWI DLB<br>New Case No. 1:06cv0640 AWI TAG<br><br><br><br><br>STIPULATION REMANDING CASE TO<br>KERN COUNTY SUPERIOR COURT |

TO THE COURT:

   IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys, that this case is remanded to the Kern County Superior Court, State of California for all further proceedings.

   It is further stipulated between Defendant GENARO ZAMORA ALVARADO and defendant UNITED STATES OF AMERICA that defendant UNITED STATES OF AMERICA maintains its lien interest in the property subject to the state court partition action in the case entitled <u>Bruna Quiñonez v. Genaro Zamora Alvarado, et al.</u>, Kern County Superior Court Case No. 257893 LPE, to the extent of defendant GENARO ZAMORA ALVARADO's one-half interest

1 | in the subject property, less his portion of the costs of sale.  As of July 28, 2006, the lien amount
2 | is $41,439.08.

| | |
|---|---|
| DATED: July 31, 2006 | BENAVIDES LAW OFFICE, INC. |
| | By: /s/ Jose R. Benavides<br>JOSE R. BENAVIDES<br>Attorney for Plaintiff, Bruna Quiñonez |
| DATED: August 18, 2006 | LAW OFFICE OF BRUCE E. SOUTH |
| | By: /s/ Bruce E. South<br>BRUCE E. SOUTH<br>Attorney for Defendant, Genaro Zamora Alvarado |
| DATED: July 17, 2006 | LANG, RICHERT & PATCH |
| | By: /s/ Matthew Quall<br>MATTHEW QUALL<br>Attorney for Defendant Unifund CCR Partners |
| DATED: August 29, 2006 | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
| | By: /s/ Kristi C. Kapetan<br>KRISTI C. KAPETAN<br>Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED.

**Dated:   August 30, 2006**          **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE